PARKER *v*. THE STATE.

An information for a felony in the Court of Common Pleas must aver the facts which give that Court jurisdiction.

APPEAL from the *Hendricks* Common Pleas.
*Per Curiam.*—The facts set forth in the record in this cause

bring it within the ruling in the case of *Alford* v. *The State*, at this term.

The judgment is reversed, with directions to the Clerk to cause the return of the prisoner.

*J. E. McDonald, A. L. Roache* and *H. S. Tousley*, for the appellant.

*J. C. Bufkin*, for the State.